FILED'08 APR 08 1457 USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

GORDON JOHNSON,

      Petitioner,

Civ. No. 07-153-CL

v.

OREGON STATE PAROLE BOARD,

      Respondent.

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed Findings and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, this court reviews the legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983).

    I have given this matter *de novo* review. I find no error. Accordingly, I ADOPT the Findings and Recommendation of Magistrate Judge Clarke.

1 - ORDER

## CONCLUSION

Magistrate Judge Clarke's Findings and Recommendation (#28) is adopted. Petitioner's amended petition (#7) is denied and this action is dismissed.

IT IS SO ORDERED.

DATED this ___8___ day of April, 2008.

*[signature: Owen M. Panner]*

OWEN M. PANNER
U.S. DISTRICT JUDGE